# Court of Appeals
# of the State of Georgia

ATLANTA,  December 13, 2018

*The Court of Appeals hereby passes the following order:*

**A19E0025.  LANEY v. THE STATE.**

Appellant has filed an emergency motion for an extension of time "to file the appeal motion in arrest of judgment." The trial court denied appellant's motion in arrest of judgment on August 31, 2018, but it appears appellant did not receive a copy of that order until October 2, 2018, at which point the statutory 30-day period for filing a notice of appeal of the order had expired. See OCGA § 5-6-38 (notice of appeal shall be filed within 30 days after entry of the judgment, or after the disposition of a timely motion for new trial, motion in arrest of judgment, or motion for judgment notwithstanding the verdict). While this Court has the discretion under OCGA § 5-6-39 (a) (1) to grant an extension of time for the filing of a notice of appeal, an application "for an extension of time must be made before expiration of the period for filing as originally prescribed. . . ." OCGA § 5-6-39 (d). Because appellant's motion for an extension of time was filed after expiration of the 30-day period for filing a notice of appeal of the trial court's August 30, 2018 order, we are without authority to grant the requested extension.[1] Accordingly, the motion for an extension of time is hereby DENIED.

---

[1] Appellant's sole remedy appears to be the filing of a motion-for-out-of-time appeal in the trial court.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,__12/13/2018_____*
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*